UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGRID ROBESON, | No. 2:14-CV-00002 KJM KJN |
| Plaintiff, | |
| v. | **ORDER** |
| TWIN RIVERS UNIFIED SCHOOL DISTRICT, a unified school district, et al., | |
| Defendants. | |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: February 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

1