UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEGRID ROBESON, | No. 2:14-cv-00002-TLN-KJN |
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| TWIN RIVERS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such

1

reassignment;

4. That this case is reassigned to the Honorable William B. Shubb. Henceforth the caption on all documents filed in the reassigned case shall be 2:14-cv-00002-WBS-KJN.

IT IS SO ORDERED.

March 5, 2014

_____
Troy L. Nunley
United States District Judge